**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com

**GREENBERG & LIEBERMAN, LLC**
Stevan Lieberman, Esq. (*Pro Hac Vice* Forthcoming)
1775 Eye Street NW, Suite 1150
Washington DC, 20006
Telephone: 202-625-7000
Facsimile: 202-625-7001
stevan@aplegal.com

Attorneys for Plaintiff
Mohammad Mukati

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

**MOHAMMAD MUKATI**, an individual,

        Plaintiff,

    v.

**JOHN DOE**,
**0123movies.co,**
**123bmovies.com,**
**123fmovies.ac,**
**123fmovies.io,**
**123fmovies.org,**
**123gostream.co,**
**123gostream.com,**
**123gostream.net,**
**123gostream.org,**
**123movies.bz,**
**123movies.co,**
**123movies.eu,**
**123-movies.org,**
**123movies.plus,**
**123movies.sx,**
**123-movies.tv,**
**123movies.uno,**
**123movies9.com,**

Case No. 3:17-cv-07093

**VERIFIED COMPLAINT**

**VERIFIED COMPLAINT**



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**123moviesfreez.co,
123movies-hd.com,
123movies-hd.net,
123movies-hd.org,
123movies-hd.tv,
123movieson.co,
123movieson.net,
123moviespro.co,
123moviespro.me,
123moviespro.net,
123moviestv.com,
123projectfreetv.com,
123putlocker.co,
123putlockers.co,
123series.co,
123torrent.co,
123watch.co,
123watch.life,
123watch.tv,
1movie.co,
200shirts.com,
2movies.co,
4simplicity.com,
7figureboys.com,
7figureboyz.com,
9anime.cc,
9anime.pro,
9anime.ws,
abcmovies.co,
abdulmukati.com,
acsrtx.org,
adsgur.com,
africanhairbraidingsanantonio.com,
africanhairsanantonio.com,
alistelitestyling.com,
allmyvideos.co,
alluc.info,
alluc1.com,
alphametaalphaspin.com,
alphaspinalphameta.com,
amcoresecurity.com,
amcoresecuritygroup.com,
amcseries.com,
amctickets.com,
amukati.com,
anime9.co,
animestreams.co,
anywhererepairs.com,
apleno.com,
asmukati.com,
backlinkpro.com,
bivifinder.com,
bmovies.la,
bmovies.one,
bmovies.plus,
bmoviesfree.co,**

KRONENBERGER | ROSENFELD    150 Post Street, Suite 520, San Francisco, CA 94108

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



bmoviess.org,
bollywoodb.com,
braidingsanantonio.com,
brattygal.com,
brothersfurnituresa.com,
buyhighprlinkseo.com,
carlglebo.com,
carteretlocalfood.org,
cdtibp.com,
cedarsa.com,
cineblog.co,
clovertowoocommerce.com,
cmovies.co,
cmovieshd.org,
coinhive.co,
cokeandpopcorn.co,
collegeconfirmed.com,
companyseoservice.com,
coordinatingyourevent.com,
cornertheweb.com,
couchtuner.info,
couchtuner.online,
couchtuner2.com,
ctidcnova.com,
curebymarijuana.com,
customhomessa.com,
cxmovies.co,
dayt-se.com,
dealsbf.com,
democracy2017.com,
democracy2018.com,
democracy2019.com,
dentalpracticearlington.com,
doctern.com,
docternclinic.com,
docternclinic.org,
doodlesdigital.com,
downvideo.co,
drama17.com,
dramaget.com,
dramanice.co,
dramapo.com,
dreadlockssanantonio.com,
drmukati.com,
drschaudhry.com,
drsuhailchaudhry.com,
duelship.com,
dvdindustries.com,
eflixtv.co,
eflixtv.net,
epifilm.com,
eventcobra.com,
ewatchseries.co,
ewatchseries.org,
exactnetworth.com,
fabulousnailsalon.com,

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**famereport.com,**
**fbvideo.co,**
**filenuke.co,**
**fimrcutsa.com,**
**fmlipsticks.com,**
**fmovies.biz,**
**f-movies.co,**
**fmovies.tube,**
**fmovies.ws,**
**fmovies9.co,**
**fmovies9.com,**
**fmovies9.net,**
**fmovies9.org,**
**fmoviestv.com,**
**followleads.com,**
**freebizwebsite.com,**
**freehdmovies.co,**
**frenchseries.com,**
**fullmovie9.com,**
**fullmovies.tv,**
**fulltimetrainer.com,**
**giftcrab.com,**
**gmovies.co,**
**gomovies.co,**
**gomoviesgo.com,**
**gomoviesto.co,**
**gorillavid.co,**
**goseries.co,**
**gostream.ag,**
**go-stream.co,**
**gostream.guru,**
**go-stream.org,**
**go-stream.tv,**
**gostream2.co,**
**gostream2.com,**
**gostream2.net,**
**gostream9.com,**
**gostreamfree.co,**
**gostreamfree.com,**
**gostreamfree.net,**
**gostreamfree.org,**
**gostreamhd.co,**
**gostreams.co,**
**gostreams.org,**
**hairbraidingsanantonio.com,**
**haput.com,**
**harambeglass.com,**
**hassassination.com,**
**hd2stream.com,**
**hdonline.info,**
**hijabigals.com,**
**homebuildersa.com,**
**homeconstructionsa.com,**
**hostnes.com,**
**icouchtuner.co,**
**imovies.co,**

KRONENBERGER | ROSENFELD

150 Post Street, Suite 520, San Francisco, CA  94108



1   instasage.com,
    iphonerepairfast.com,
2   ironicfarooqi.com,
    isputlocker.co,
3   isputlocker.net,
    isputlocker.org,
4   jaboz.com,
    jiblr.com,
5   kagza.com,
    keepvideo.co,
6   kingsalu.com,
    kingsaluminium.com,
7   kingsofthrones.com,
    kissanime.ag,
8   kissanime.online,
    kissanime9.com,
9   kitchenremodelsa.com,
    kitevape.com,
10  kitevs.com,
    ktafricanhair.com,
11  lgor.com,
    lowcus.com,
12  managehosts.com,
    mangafox.org,
13  martialartsinchina.com,
    megashare.ag,
14  megashare.online,
    megashare1.com,
15  megashare6.com,
    megashare9.bz,
16  megashare9.co,
    megashare9.us,
17  megasharetvshows.com,
    mehransa.com,
18  memovie.co,
    me-movies.co,
19  memovies.ws,
    memovies123.com,
20  memovies2.com,
    memovies9.com,
21  memovieshd.co,
    memoviestv.com,
22  minemytraffic.com,
    monitorstats.com,
23  movie.bet,
    movie4kfull.com,
24  movie4k-putlocker.com,
    moviecomb.com,
25  movies2.co,
    movies9.co,
26  moviesesh.com,
    moviesgo.co,
27  moviesme.co,
    movietube9.com,
28  movietvscript.com,
    moviewatcher.org,



KRONENBERGER | ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108



KRONENBERGER | ROSENFELD

150 Post Street, Suite 520, San Francisco, CA  94108

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**mputlocker.com,
mukatifoundation.com,
mycouchtuner.co,
nbapaper.com,
networth.top,
newscomb.com,
nflpaper.com,
niter.online,
nomhaan.com,
notfamousjustrich.com,
ocprogressive.com,
oevo.co,
oevoapp.com,
ofhsa.com,
onemanga.com,
onseries.net,
open-load.com,
oxyvo.com,
pacmovies.co,
pacmovies.net,
pacmovies.org,
passivebros.com,
pavanicafe.co,
paypiya.com,
phohalong.com,
phonerepaironwheels.com,
phonerepairorlando.com,
pokemato.com,
polyuno.com,
potlocker.eu,
potlocker9.com,
pputlocker.com,
premiersolutionsus.com,
primewire9.com,
procpm.com,
project-free.tv,
proofleads.com,
prymehomes.com,
putanime.com,
putchannel.com,
putlive.co,
putlocker.club,
putlocker.lc,
putlocker.life,
putlocker.mx,
putlocker.name,
putlocker.online,
putlocker.shop,
putlocker.vin,
putlocker123movies.com,
putlocker16.com,
putlocker2.co,
putlocker6.com,
putlocker88.com,
putlocker9.co,
putlocker9.com,**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

putlocker9.info,
putlocker-ch.com,
putlockerfull.co,
putlocker-hd.co,
putlockerhd.tv,
putlocker-movie.com,
putlocker-movie4k.com,
putlockermovies.co,
putlockermovies9.com,
putlockern.com,
putlockernew.com,
putlockerr.com,
putlockers9.co,
putlockershows.com,
putlockerstv.net,
putlockertube.co,
putlockertube.com,
putlockertv.bz,
putlockertv.co,
putlockertv.pro,
putmusic.com,
putstream.co,
put-stream.co,
putstream.com,
put-stream.com,
putstream.io,
putstream.me,
putstream.net,
putstream.org,
putstream.tv,
putvid.com,
rahmanimasjid.com,
realestatebytheshare.com,
rehmanimasjid.com,
reporteramerica.com,
revenuethemes.com,
rotanacafesa.com,
rottencritic.com,
royalcuisine.co,
royalindopak.com,
rtob.org,
saharagrillsa.com,
saharamediterraneangrill.com,
samadmukati.com,
sanantonioseo.co,
satisfyco.com,
seaput.com,
sellmyhomefastsatx.com,
sellyourhousecash.co,
seobp.com,
seopv.com,
seosolution.net,
seowebsiterank.com,
shopopticals.com,
shortstore.com,
smartwatch.tv,

KRONENBERGER | ROSENFELD

150 Post Street, Suite 520, San Francisco, CA  94108

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**sockshare.co,**
**sock-share.com,**
**solarmovie.online,**
**solarmovie.uno,**
**solarmovie2.com,**
**solar-movies.co,**
**solarmoviess.com,**
**soul-anime.co,**
**spacemov.eu,**
**spacemov.info,**
**spacemovie.co,**
**spencerrenovationsinc.com,**
**stevihairbraiding.com,**
**stevihairstylesatx.com,**
**stopcopyright.com,**
**storageupload.com,**
**streamgo.co,**
**streamhdlive.com,**
**successfultrucking.com,**
**telechargement-zone.co,**
**texasandtea.com,**
**theputlockers.com,**
**thetrueinvestor.com,**
**topusefulsolutions.com,**
**torrentnuke.com,**
**travelboundcouple.com,**
**trycrispy.com,**
**tunemovietube.com,**
**tvriches.com,**
**unblocked.info,**
**usaglam.com,**
**uvapeu.com,**
**uwatchseries.com,**
**vapingtolive.com,**
**vegabondcouple.com,**
**videomega.co,**
**vidushare.com,**
**viooz9.com,**
**virgohairbraiding.com,**
**vivasa.co,**
**vmoneybuyshouses.com,**
**vod-locker.com,**
**vodlocker.me,**
**vodly.me,**
**vodly.org,**
**voulu.net,**
**voulu.store,**
**vumoo9.com,**
**watch5s.co,**
**watch5s.net,**
**watchanime.co,**
**watchclips.net,**
**watchfullmovie.tv,**
**watchmoviefreak.com,**
**watch-movies-online.co,**
**watchngo.com,**

KRONENBERGER ROSENFELD

150 Post Street, Suite 520, San Francisco, CA  94108

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**watchseries.us,
watchseries2.com,
watchseries9.com,
watchseriestv.co,
watchseriestv.org,
watchtuner.com,
watchxyz.com,
waysimakemoney.com,
webdesignsanantonio.co,
webhow.co,
webwestdesign.com,
woocommercetoclover.com,
wowmovie.co,
xmovies-8.co,
xmovies8.mx,
xpau.co,
xpau.org,
xputlocker.com,
xyzseries.co,
xyzseries.com,
xyzseries.net,
xyzseries.org,
yesmovies.co,
yesmovies.pro,
yesmovies.top,
yesmovies.ws,
yibler.com,
yiblr.co,
yiblr.co.uk,
yiblr.com,
yiblr.net,
yiblr.us,
yiblrsanantonio.com,
yify.top, and
zdrive.co,**

Defendants.

KRONENBERGER | ROSENFELD
150 Post Street, Suite 520, San Francisco, CA  94108

1   Comes Now the Plaintiff, Mohammad Mukati, (hereinafter Mukati), by and through

2   his counsel, and files this complaint against John Doe (Defendant Doe) and

3   0123movies.co, 123bmovies.com, 123fmovies.ac, 123fmovies.io, 123fmovies.org,

4   123gostream.co, 123gostream.com, 123gostream.net, 123gostream.org, 123movies.bz,

5   123movies.co, 123movies.eu, 123-movies.org, 123movies.plus, 123movies.sx, 123-

6   movies.tv, 123movies.uno, 123movies9.com, 123moviesfreez.co, 123movies-hd.com,

7   123movies-hd.net, 123movies-hd.org, 123movies-hd.tv, 123movieson.co,

8   123movieson.net, 123moviespro.co, 123moviespro.me, 123moviespro.net,

9   123moviestv.com, 123projectfreetv.com, 123putlocker.co, 123putlockers.co,

10  123series.co, 123torrent.co, 123watch.co, 123watch.life, 123watch.tv, 1movie.co,

11  200shirts.com, 2movies.co, 4simplicity.com, 7figureboys.com, 7figureboyz.com,

12  9anime.cc, 9anime.pro, 9anime.ws, abcmovies.co, abdulmukati.com, acsrtx.org,

13  adsgur.com, africanhairbraidingsanantonio.com, africanhairsanantonio.com,

14  alistelitestyling.com, allmyvideos.co, alluc.info, alluc1.com, alphametaalphaspin.com,

15  alphaspinalphameta.com, amcoresecurity.com, amcoresecuritygroup.com,

16  amcseries.com, amctickets.com, amukati.com, anime9.co, animestreams.co,

17  anywhererepairs.com, apleno.com, asmukati.com, backlinkpro.com, bivifinder.com,

18  bmovies.la, bmovies.one, bmovies.plus, bmoviesfree.co, bmoviess.org, bollywoodb.com,

19  braidingsanantonio.com, brattygal.com, brothersfurnituresa.com, buyhighprlinkseo.com,

20  carlglebo.com, carteretlocalfood.org, cdtibp.com, cedarsa.com, cineblog.co,

21  clovertowoocommerce.com, cmovies.co, cmovieshd.org, coinhive.co,

22  cokeandpopcorn.co, collegeconfirmed.com, companyseoservice.com,

23  coordinatingyourevent.com, cornertheweb.com, couchtuner.info, couchtuner.online,

24  couchtuner2.com, ctidcnova.com, curebymarijuana.com, customhomessa.com,

25  cxmovies.co, dayt-se.com, dealsbf.com, democracy2017.com, democracy2018.com,

26  democracy2019.com, dentalpracticearlington.com, doctern.com, docternclinic.com,

27  docternclinic.org, doodlesdigital.com, downvideo.co, drama17.com, dramaget.com,

28  dramanice.co, dramapo.com, dreadlockssanantonio.com, drmukati.com,

KRONENBERGER | ROSENFELD

150 Post Street, Suite 520, San Francisco, CA  94108

1   drschaudhry.com, drsuhailchaudhry.com, duelship.com, dvdindustries.com, eflixtv.co,

2   eflixtv.net, epifilm.com, eventcobra.com, ewatchseries.co, ewatchseries.org,

3   exactnetworth.com, fabulousnailsalon.com, famereport.com, fbvideo.co, filenuke.co,

4   fimrcutsa.com, fmlipsticks.com, fmovies.biz, f-movies.co, fmovies.tube, fmovies.ws,

5   fmovies9.co, fmovies9.com, fmovies9.net, fmovies9.org, fmoviestv.com, followleads.com,

6   freebizwebsite.com, freehdmovies.co, frenchseries.com, fullmovie9.com, fullmovies.tv,

7   fulltimetrainer.com, giftcrab.com, gmovies.co, gomovies.co, gomoviesgo.com,

8   gomoviesto.co, gorillavid.co, goseries.co, gostream.ag, go-stream.co, gostream.guru, go-

9   stream.org, go-stream.tv, gostream2.co, gostream2.com, gostream2.net,

10  gostream9.com, gostreamfree.co, gostreamfree.com, gostreamfree.net,

11  gostreamfree.org, gostreamhd.co, gostreams.co, gostreams.org,

12  hairbraidingsanantonio.com, haput.com, harambeglass.com, hassassination.com,

13  hd2stream.com, hdonline.info, hijabigals.com, homebuildersa.com,

14  homeconstructionsa.com, hostnes.com, icouchtuner.co, imovies.co, instasage.com,

15  iphonerepairfast.com, ironicfarooqi.com, isputlocker.co, isputlocker.net, isputlocker.org,

16  jaboz.com, jiblr.com, kagza.com, keepvideo.co, kingsalu.com, kingsaluminium.com,

17  kingsofthrones.com, kissanime.ag, kissanime.online, kissanime9.com,

18  kitchenremodelsa.com, kitevape.com, kitevs.com, ktafricanhair.com, lgor.com,

19  lowcus.com, managehosts.com, mangafox.org, martialartsinchina.com, megashare.ag,

20  megashare.online, megashare1.com, megashare6.com, megashare9.bz,

21  megashare9.co, megashare9.us, megasharetvshows.com, mehransa.com, memovie.co,

22  me-movies.co, memovies.ws, memovies123.com, memovies2.com, memovies9.com,

23  memovieshd.co, memoviestv.com, minemytraffic.com, monitorstats.com, movie.bet,

24  movie4kfull.com, movie4k-putlocker.com, moviecomb.com, movies2.co, movies9.co,

25  moviesesh.com, moviesgo.co, moviesme.co, movietube9.com, movietvscript.com,

26  moviewatcher.org, mputlocker.com, mukatifoundation.com, mycouchtuner.co,

27  nbapaper.com, networth.top, newscomb.com, nflpaper.com, niter.online, nomhaan.com,

28  notfamousjustrich.com, ocprogressive.com, oevo.co, oevoapp.com, ofhsa.com,

KRONENBERGER | ROSENFELD   150 Post Street, Suite 520, San Francisco, CA  94108

1   onemanga.com, onseries.net, open-load.com, oxyvo.com, pacmovies.co, pacmovies.net,

2   pacmovies.org, passivebros.com, pavanicafe.co, paypiya.com, phohalong.com,

3   phonerepaironwheels.com, phonerepairorlando.com, pokemato.com, polyuno.com,

4   potlocker.eu, potlocker9.com, pputlocker.com, premiersolutionsus.com, primewire9.com,

5   procpm.com, project-free.tv, proofleads.com, prymehomes.com, putanime.com,

6   putchannel.com, putlive.co, putlocker.club, putlocker.lc, putlocker.life, putlocker.mx,

7   putlocker.name, putlocker.online, putlocker.shop, putlocker.vin, putlocker123movies.com,

8   putlocker16.com, putlocker2.co, putlocker6.com, putlocker88.com, putlocker9.co,

9   putlocker9.com, putlocker9.info, putlocker-ch.com, putlockerfull.co, putlocker-hd.co,

10  putlockerhd.tv, putlocker-movie.com, putlocker-movie4k.com, putlockermovies.co,

11  putlockermovies9.com, putlockern.com, putlockernew.com, putlockerr.com,

12  putlockers9.co, putlockershows.com, putlockerstv.net, putlockertube.co,

13  putlockertube.com, putlockertv.bz, putlockertv.co, putlockertv.pro, putmusic.com,

14  putstream.co, put-stream.co, putstream.com, put-stream.com, putstream.io,

15  putstream.me, putstream.net, putstream.org, putstream.tv, putvid.com,

16  rahmanimasjid.com, realestatebytheshare.com, rehmanimasjid.com,

17  reporteramerica.com, revenuethemes.com, rotanacafesa.com, rottencritic.com,

18  royalcuisine.co, royalindopak.com, rtob.org, saharagrillsa.com,

19  saharamediterraneangrill.com, samadmukati.com, sanantonioseo.co, satisfyco.com,

20  seaput.com, sellmyhomefastsatx.com, sellyourhousecash.co, seobp.com, seopv.com,

21  seosolution.net, seowebsiterank.com, shopopticals.com, shortstore.com, smartwatch.tv,

22  sockshare.co, sock-share.com, solarmovie.online, solarmovie.uno, solarmovie2.com,

23  solar-movies.co, solarmoviess.com, soul-anime.co, spacemov.eu, spacemov.info,

24  spacemovie.co, spencerrenovationsinc.com, stevihairbraiding.com,

25  stevihairstylesatx.com, stopcopyright.com, storageupload.com, streamgo.co,

26  streamhdlive.com, successfultrucking.com, telechargement-zone.co, texasandtea.com,

27  theputlockers.com, thetrueinvestor.com, topusefulsolutions.com, torrentnuke.com,

28  travelboundcouple.com, trycrispy.com, tunemovietube.com, tvriches.com, unblocked.info,

1   usaglam.com, uvapeu.com, uwatchseries.com, vapingtolive.com, vegabondcouple.com,

2   videomega.co, vidushare.com, viooz9.com, virgohairbraiding.com, vivasa.co,

3   vmoneybuyshouses.com, vod-locker.com, vodlocker.me, vodly.me, vodly.org, voulu.net,

4   voulu.store, vumoo9.com, watch5s.co, watch5s.net, watchanime.co, watchclips.net,

5   watchfullmovie.tv, watchmoviefreak.com, watch-movies-online.co, watchngo.com,

6   watchseries.us, watchseries2.com, watchseries9.com, watchseriestv.co,

7   watchseriestv.org, watchtuner.com, watchxyz.com, waysimakemoney.com,

8   webdesignsanantonio.co, webhow.co, webwestdesign.com, woocommercetoclover.com,

9   wowmovie.co, xmovies-8.co, xmovies8.mx, xpau.co, xpau.org, xputlocker.com,

10  xyzseries.co, xyzseries.com, xyzseries.net, xyzseries.org, yesmovies.co, yesmovies.pro,

11  yesmovies.top, yesmovies.ws, yibler.com, yiblr.co, yiblr.co.uk, yiblr.com, yiblr.net,

12  yiblr.us, yiblrsanantonio.com, yify.top, and zdrive.co (Defendant Domain Names).

### I. Nature of The Suit

13

14  1.     This is an action for violation of the Anticybersquatting Consumer

15  Protection Act, 15 U.S.C. § 1125(d) and the Computer Fraud and Abuse Act, 18 U.S.C. §

16  1030.

17  2.     The Plaintiff is seeking injunctive and other equitable relief as a result of the

18  actions of the Defendant John Doe who gained unauthorized access to the Plaintiff's

19  email account on a protected computer, and used this access to gain control of the

20  Plaintiff's domain registration account at Dynadot and used this access to transfer control

21  of the Defendant Domain Names from the Plaintiff's account and therefore disabled the

22  Plaintiff's ability to use and control his Domain Names causing irreparable injury to the

23  Plaintiff.

### II. The Parties

24

25  3.     The Plaintiff, Mohammad Mukati is a natural person residing in Texas with

26  an address of 31410 Wild Oak Hill, Fair Oaks Ranch, TX 78015

27  4.     Upon information and belief John Doe is an individual, with an address of

28  Super Privacy Services c/o Dynadot Organization, PO Box 701, San Mateo, California



KRONENBERGER | ROSENFELD
150 Post Street, Suite 520, San Francisco, CA  94108

1   94401, telephone number 650-585-4708 and an email address of privacy@dynadot.com

2   although his true identify is unknown as the defendant is using a privacy service to

3   conceal his identity.

4        5.     The Defendant Domain Names are all placed with the Registry, Dynadot

5   which is located in San Mateo, CA 94401 within this Court's judicial district.

6        6.     The Plaintiff acquired the Defendant Domain Names at various dates from

7   as set forth on Exhibit 1 to this Complaint, has maintained registration of each and, has,

8   since acquisition, used each domain in commerce. (See Exhibit 1, list of domain names

9   with date of acquisition.)

10        7.     On 11/22/17 at 6:56:49 AM the Plaintiff discovered that Defendant Doe,

11   with an address of Super Privacy Services c/o Dynadot Organization, PO Box 701, San

12   Mateo, California 94401, telephone number 650-585-4708 and an email address of

13   privacy@dynadot.com had at some point hijacked the Plaintiff's email address and used

14   this unauthorized access to the Plaintiff's email account to transfer the Defendant

15   Domain Names to Defendant Doe's control without the Plaintiff's authorization.

16   <center>**III. Jurisdiction and Venue**</center>

17        8.     This action arises out of Defendant Doe's violation of the Anticybersquatting

18   Consumer Protection Act, 15 U.S.C. § 1125(d) and the Computer Fraud and Abuse Act,

19   18 U.S.C. § 1030.

20        9.     This Court has original jurisdiction pursuant to 15 U.S.C. § 1121(a) and 28

21   U.S.C. §§ 1331 and 1338(a) and has *in rem* jurisdiction over the Defendant Domain

22   Names pursuant to 15 U.S.C. § 1125(d)(2)(A) as the registrar for each of the Defendant

23   Domain Names, Dynadot, is located within this judicial district.

24        10.    Venue is proper in this district pursuant to 15 U.S.C. § 1125(d)(2)(C) as the

25   subject registrar, Dynadot has its principal place of business in this judicial district. Venue

26   is further proper pursuant to 28 U.S.C. § 1391(b)(2) as the subjects of the action reside in

27   this judicial district.

28        11.    Defendant John Doe directed the acts complained of towards the district

KRONENBERGER | ROSENFELD

150 Post Street, Suite 520, San Francisco, CA  94108

1    and utilized instrumentalities in the district in that he gained unauthorized access to the

2    Plaintiff's email system and domain management account and associated computer

3    records and thereafter, without authorization, caused the Domain Names registration

4    records maintained by Dynadot for the Defendant Domain Names to be altered so as to

5    transfer control of the Defendant Domain Names away from the Plaintiff.

6        12.    The Declaratory Judgment Act, 28 U.S.C. § 2201 provides for a declaration

7    of the rights of the Plaintiff in this matter.

8                              **IV. <u>Notice</u>**

9        13.    Pursuant to the Anticybersquatting Consumer Protection Act, 15 U.S.C. §

10   1125(d)(2)(A)(ii)(II)(aa), notice of this filing of this complaint is being sent to the

11   Defendant at the postal addresses and email addresses provided on the current WHOIS

12   records as set forth above, along with a request to waive service pursuant to Federal

13   Rule of Civil Procedures 4(d).

14       14.    The Plaintiff is providing such notice contemporaneously with the filing of

15   this Complaint. Pursuant to 15 U.S.C. § 1125(d)(2)(A)(ii)(II)(bb), the Plaintiff will promptly

16   publish notice of this action as the Court may direct after filing of this Complaint.

17       15.    The Plaintiff's claim in the alternative for violation of the Computer Fraud

18   and Abuse Act, and the Court's jurisdiction over the alternative claim, are proper

19   pursuant to 15 U.S.C. § 1125(d)(3) and (4).

20       16.    Joinder of the Defendant Domain Names is proper under Federal Rule of

21   Civil Procedure 20(a)(2) in that the claims set forth herein arise out of the same set of

22   operative facts and the questions of law are common as to all claims and Defendants.

23                       **V.    <u>Intra-District Assignment</u>**

24       17.    This action should be assigned to the San Francisco Division of this Court

25   because the Defendant Domain Names' registrar, Dynadot, is located in San Mateo

26   County.

27                        **VI. <u>Factual Background</u>**

28       18.    The Plaintiff acquired the Defendant Domain Names at various dates from

1    February 24, 1999 through November 18, 2017, has maintained registration of each and,

2    has, since acquisition, used each domain in commerce.

3        19.    The Plaintiff is in the business of domain monetization and collects domains

4    names for the purpose of turning internet traffic into monetary gain through the use of

5    click traffic and/or resale.

6        20.    The Defendant Domain Names are extremely valuable and their loss has

7    deprived the Plaintiff of both the income generated by the Domain Names as well as the

8    ability to sell the Domain Names. The Defendant Domain Names are collectively worth

9    approximately $3,382,435.00.

10       21.    The Plaintiff has used the Defendant Domain Names in commerce since

11   acquisition and has common law rights in the name.

12       22.    The Plaintiff controls his Domain Names through an email account,

13   mohammadhusein91@gmail.com.

14       23.    The Plaintiff's email system is maintained on a protected computer system

15   and access to the account should be restricted to only that person with the Plaintiff's

16   username and password.

17       24.    On 11/22/17 at 6:56:49 AM the Plaintiff discovered that his email had been

18   hijacked by Defendant Doe.

19       25.    Defendant Doe used the hijacked control of the Plaintiff's email account to

20   take control of the Plaintiff's domain name registration account at Dynadot on a protected

21   computer.

22       26.    Defendant Doe used the hijacked domain name registration account to take

23   control of Defendant Domain Names from the Plaintiff.

24       27.    Defendant Doe used this unauthorized control of the Plaintiff's email

25   account to change the registration records for the Defendant Domain Names.

26       28.    Defendant Domain Names were was transferred by Defendant Doe away

27   from the Plaintiff's control.

28       29.    Defendant Doe has taken control of the Defendant Domain Names with the

KRONENBERGER | ROSENFELD

150 Post Street, Suite 520, San Francisco, CA  94108

1   intent to divert the substantial advertising revenue produced by the web sites associated

2   with the Defendant Domain Names to himself.

3        30.     Defendant Doe has, upon information and belief, taken control of the

4   Defendant Domain Names with the intent to resell the Defendant Domain Names and

5   has in fact sold or transferred some of the Defendant Domain Names.

6        31.     Defendant Doe's registration and use of the Defendant Domain Names is

7   without the Plaintiff's authorization.

8        32.     Defendant Doe has no intellectual property rights in the Defendant Domain

9   Names.

10        33.     Defendant Doe provided misleading or incomplete contact information in

11   the Domain Names registration when changing the registration for the Defendant Domain

12   Names.

13        34.     Defendant Doe's actions are in violation of these aforementioned rights of

14   Plaintiff.

15        35.     On 11/22/17 Defendant Doe, using the on-line identifier of Nile Der

16   contacted the Plaintiff and offered return the stolen domain names for 100 Bitcoin which

17   is roughly worth $1,545,999.50. (See Exhibit 2, on-line conversations with the thief.)

18             **VII. <u>Causes of Action</u>**

19             **Count I**

20             **<u>Claim for Declaratory Judgment</u>**

21        36.     The Plaintiff repeats and realleges the previous paragraphs as if set forth in

22   full. Plaintiff had registered the Defendant Domain Names as alleged above and has,

23   since that time, maintained uninterrupted control over the Defendant Domain Names until

24   stolen by Defendant Doe.

25        37.     Defendant Doe's actions have taken control of the Defendant Domain

26   Names from Plaintiff without authorization or permission.

27        38.     The Declaratory Judgment Act, 28 U.S.C. § 2201, provides for a declaration

28   of the rights of the Plaintiff in this matter.

KRONENBERGER | ROSENFELD

150 Post Street, Suite 520, San Francisco, CA 94108

<div align="center">

**Count II**

**Anticybersquatting Consumer Protection Act (ACPA)**

**15 U.S.C. § 1114(2)(d)**

</div>

39.     The Plaintiff repeats and realleges the previous paragraphs as if set forth in full. The Plaintiff has owned many of the Defendant Domain Names for years, has used them in commerce to generate substantial income and has common law rights in the marks.

40.     Defendant Doe's actions constitute registration, trafficking, or use of a Domain Name that is identical to the Plaintiff's trademarks, with bad faith intent to profit therefrom.

41.     The Plaintiff, because of Defendant Doe's actions, is being prevented from using and exercising control over the Defendant Domain Names.

42.     The Plaintiff is being harmed through the loss of income, loss of business and loss of business opportunities unless enjoined.

43.     The Plaintiff's business reputation and standing is at risk from posting of improper, illegal, incorrect, or otherwise harmful information on the web pages associated with his domain names.

44.     The Plaintiff, despite diligent inquiry, has been unable to obtain the accurate identity of a person subject to this Court's jurisdiction who would have been a defendant in a civil action pursuant to 15 U.S.C. § 1125(d)(2)(A)(i)(I).

45.     The above described conduct of Defendant Doe, registrant of the Defendant Domain Names, constitutes unlawful cybersquatting in violation of the Anticybersquatting Consumer Protection Act, 15 U.S. C. § 1125(d)(1).

46.     The above described conduct by Defendant Doe has caused, and is causing, great and irreparable harm to the Plaintiff and the public, specifically the potential posting of improper, illegal, incorrect or otherwise harmful information on the web pages associated with its domain name. Unless permanently enjoined by this Court, said irreparable harm will continue. Accordingly, pursuant to 15 U. S. C. §

1   1125(d)(2)(D)(I), the Plaintiff is entitled to an order transferring the registration of the

2   Defendant Domain Names to the Plaintiff.

3                                      **Count III**

4           **Tortuous Interference with Contractual Relationship**

5           47.     The Plaintiff repeats and realleges the previous paragraphs as if set forth in

6   full. The Plaintiff properly entered into contracts with the registrar for the Defendant

7   Domain Names before the Defendant Domain Names was stolen.

8           48.     Defendant Doe has unlawfully taken control of the Defendant Domain

9   Names, interfering with Plaintiff's lawful contract rights to the Defendant Domain Names.

10          49.     As a result of the Defendant's acts, the Plaintiff has been damaged and will

11  continue to be damaged. The Plaintiff requests that this Court declare Defendant liable

12  for its past and any future losses in association with the registration service contracts.

13                                      **Count IV**

14                                     **Conversion**

15          50.     The Plaintiff repeats and realleges the previous paragraphs as if set forth in

16  full. Plaintiff has property rights in the Defendant Domain Names.

17          51.     Defendant Doe has taken control of the Defendant Domain Names and is

18  wrongfully exercising control and authority over the Defendant Domain Names.

19          52.     The control and authority exercised by Defendant Doe deprives the Plaintiff

20  of control and the income and business generated from the Defendant Domain Names.

21          53.     Defendant Doe is wrongfully exerting dominion over the Plaintiff's property

22  in denial of his rights.

23                                      **Count V**

24          **Violation of the Computer Fraud and Abuse Act**

25          54.     The Plaintiff repeats and realleges the previous paragraphs as if set forth in

26  full.

27          55.     Defendant Doe knowingly and intentionally accessed the Plaintiff's email

28  system on a protected computer without authorization and thereby obtained information

1  from the protected computer in a transaction involving an interstate or foreign
2  communication in violation of 18 U.S.C. § 1030(a)(2)(c).

3  56. Defendant Doe knowingly, and with intent to defraud, accessed the
4  Plaintiff's email system on a protected computer without authorization and obtained
5  information from that computer which Defendant Doe used to further a fraud and obtain
6  something of value in violation of 18 U.S.C. § 1030(a)(4).

7  57. Defendant Doe intentionally accessed the Plaintiff's email system on a
8  protected computer without authorization and as a result of such conduct caused
9  damage and loss in violation of 18 U.S.C. § 1030(a)(5)(c).

10  58. The Plaintiff has suffered damages as a result of the conduct complained of
11  and such conduct has caused a loss to the Plaintiff during a one-year period aggregating
12  to at least $5,000.

13  59. As a direct result of the actions complained of, the Plaintiff has suffered,
14  and continues to suffer, irreparable harm for which the Plaintiff has no adequate remedy
15  at law and which will continue unless enjoined.

16  **PRAYER FOR RELIEF**

17  WHEREFORE, The Plaintiff respectfully requests of this court:

18  1. That judgment be entered in favor of the Plaintiff on his claims for violation
19  of the Anticybersquatting Consumer Protection Act; and

20  2. That judgment be entered in favor of the Plaintiff on his claims for violation
21  of the Computer Fraud and Abuse Act; and

22  3. Enter an order declaring that Mohammad Mukati is the only entity with any
23  rights to the contract controlling the Defendant Domain Names; and

24  4. Enter an order declaring that Defendant Doe does not have any rights to
25  the Defendant Domain Names; and

26  5. Enter an order directing that the Defendant Domain Names be promptly
27  transferred to the Plaintiff; and

28  6. Enter an Order directing the appropriate registrar to promptly return control

KRONENBERGER | ROSENFELD
150 Post Street, Suite 520, San Francisco, CA  94108

1   of the Defendant Domain Names to Mohammad Mukati and the registrar as directed by

2   counsel for the Plaintiff; and

3        7.      Award the Plaintiff his fees and costs, including reasonable attorney fees, in

4   connection with this action pursuant to 15 U.S.C. § 1117(a); and

5        8.      That the Court grant such other relief to the Plaintiff as the Court deems just

6   and proper.

7

8   Respectfully submitted,
    DATED: December 13, 2017            **KRONENBERGER ROSENFELD, LLP**

9

10

11                                      s/ Karl S. Kronenberger
                                        Karl S. Kronenberger

12                                      Attorneys for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KRONENBERGER | ROSENFELD

150 Post Street, Suite 520, San Francisco, CA 94108

## Verification

I, Mohammad Mukati declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that I am the original owner of each of the Defendant Domain Names listed above and the facts contained in the foregoing verified complaint are true and correct to the best of my knowledge, information and belief.

Dated: _____12/13/2017_____

_____

Mohammad Mukati

Exhibit 1

| Domain | Expiration Date | Registration Date | Admin Email | Domain Value | Income Loss per month |
|---|---|---|---|---|---|
| brothersfurnituresa.com | 2017/10/12 20:17 IST | 2016/10/12 20:17 IST | expired@dynadot.com | $20.00 | 0 |
| gorillavid.co | 2017/10/26 05:29 IST | 2015/10/27 02:14 IST | mohammadhusein91@gmail.com | $40.00 | 0 |
| filenuke.co | 2017/10/26 05:29 IST | 2015/10/27 02:14 IST | mohammadhusein91@gmail.com | $40.00 | 0 |
| watchmoviefreak.com | 2017/10/26 23:55 IST | 2015/10/26 23:55 IST | expired@dynadot.com | $20.00 | 0 |
| putlocker-movie4k.com | 2017/10/27 05:52 IST | 2015/10/27 05:52 IST | expired@dynadot.com | $20.00 | 0 |
| movie4k-putlocker.com | 2017/10/27 05:52 IST | 2015/10/27 05:52 IST | expired@dynadot.com | $20.00 | 0 |
| movie4kfull.com | 2017/10/27 05:52 IST | 2015/10/27 05:52 IST | expired@dynadot.com | $20.00 | 0 |
| fmovies9.com | 2017/10/27 09:29 IST | 2016/10/27 09:29 IST | expired@dynadot.com | $20.00 | 0 |
| watchseries9.com | 2017/10/27 10:14 IST | 2016/10/27 10:14 IST | expired@dynadot.com | $20.00 | 0 |
| giftcrab.com | 2017/11/03 08:13 IST | 2016/11/03 08:13 IST | expired@dynadot.com | $20.00 | 0 |
| uvapeu.com | 2017/11/20 00:13 IST | 2016/11/20 00:13 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| kitevs.com | 2017/11/22 02:06 IST | 2016/11/22 02:06 IST | mohammadhusein91@gmail.com | $80.00 | 0 |
| kitevape.com | 2017/11/22 02:06 IST | 2016/11/22 02:06 IST | mohammadhusein91@gmail.com | $105.00 | 0 |
| royalindopak.com | 2017/11/22 02:50 IST | 2016/11/22 02:50 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| putlockerfull.co | 2017/11/23 05:29 IST | 2015/11/24 00:36 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| putlocker16.com | 2017/11/24 00:36 IST | 2015/11/24 00:36 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| dayt-se.com | 2017/11/24 00:36 IST | 2015/11/24 00:36 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| spacemov.eu | 2017/11/24 04:29 IST | 2015/11/24 00:36 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| dealsbf.com | 2017/11/25 05:51 IST | 2014/11/25 05:51 IST | mohammadhusein91@gmail.com | $100.00 | $5.00 |
| satisfyco.com | 2017/11/30 04:24 IST | 2016/11/30 04:24 IST | mohammadhusein91@gmail.com | $80.00 | 0 |
| royalcuisine.co | 2017/12/01 05:29 IST | 2016/12/02 03:15 IST | mohammadhusein91@gmail.com | $2,400.00 | $400.00 |
| putanime.com | 2017/12/03 08:51 IST | 2016/12/03 08:51 IST | mohammadhusein91@gmail.com | $100.00 | 0 |
| prymehomes.com | 2017/12/03 22:16 IST | 2016/12/03 22:16 IST | mohammadhusein91@gmail.com | $3,600.00 | $800.00 |
| duelship.com | 2017/12/06 11:36 IST | 2014/12/06 11:36 IST | mohammadhusein91@gmail.com | $40.00 | 0 |
| unblocked.info | 2017/12/07 19:03 IST | 2016/12/07 19:03 IST | privacy@dynadot.com | $200.00 | 0 |
| watchseries2.com | 2017/12/09 05:24 IST | 2014/12/09 05:24 IST | mohammadhusein91@gmail.com | $200.00 | 0 |
| putlocker123movies.com | 2017/12/11 10:44 IST | 2016/12/11 10:44 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| putlocker88.com | 2017/12/11 10:44 IST | 2016/12/11 10:44 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| alluc.info | 2017/12/15 01:19 IST | 2016/12/15 01:19 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| onemanga.com | 2017/12/18 22:13 IST | 2016/10/18 22:13 IST | mohammadhusein91@gmail.com | $3,000.00 | $25.00 |
| sockshare.co | 2017/12/19 05:29 IST | 2015/12/19 23:34 IST | mohammadhusein91@gmail.com | $150.00 | 0 |
| megasharetvshows.com | 2017/12/24 13:20 IST | 2014/12/24 13:20 IST | privacy@dynadot.com | $20.00 | 0 |
| freehdmovies.co | 2018/01/08 05:29 IST | 2016/01/08 14:21 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| samadmukati.com | 2018/01/08 06:42 IST | 2016/01/08 06:42 IST | mohammadhusein91@gmail.com | $20.00 | 0 |

| | | | | | |
|---|---|---|---|---|---|
| asmukati.com | 2018/01/08 06:42 IST | 2016/01/08 06:42 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| vumoo9.com | 2018/01/08 14:21 IST | 2016/01/08 14:21 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| megashare9.co | 2018/01/11 05:29 IST | 2016/01/11 23:32 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| storageupload.com | 2018/01/11 14:18 IST | 2015/01/11 14:18 IST | privacy@dynadot.com | $100.00 | 0 |
| torrentnuke.com | 2018/01/13 12:45 IST | 2015/01/13 12:45 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| ctidcnova.com | 2018/01/14 04:02 IST | 2017/01/14 04:02 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| webhow.co | 2018/01/17 05:29 IST | 2016/01/17 13:13 IST | mohammadhusein91@gmail.com | $100.00 | 0 |
| polyuno.com | 2018/01/20 05:08 IST | 2013/01/20 05:08 IST | mohammadhusein91@gmail.com | $10,000.00 | $200.00 |
| topusefulsolutions.com | 2018/01/20 23:53 IST | 2015/01/20 23:53 IST | mohammadhusein91@gmail.com | $120.00 | 0 |
| cdtibp.com | 2018/01/21 00:01 IST | 2017/01/21 00:01 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| watchxyz.com | 2018/01/22 04:01 IST | 2013/01/22 04:01 IST | privacy@dynadot.com | $20.00 | 0 |
| putlocker.shop | 2018/01/26 05:29 IST | 2017/01/25 05:33 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| famereport.com | 2018/01/26 09:02 IST | 2016/01/26 09:02 IST | mohammadhusein91@gmail.com | $250.00 | 0 |
| nflpaper.com | 2018/01/28 23:30 IST | 2015/01/28 23:30 IST | privacy@dynadot.com | $200.00 | 0 |
| clovertowoocommerce.com | 2018/01/29 02:26 IST | 2017/01/29 02:26 IST | mohammadhusein91@gmail.com | $200.00 | 0 |
| democracy2017.com | 2018/01/30 04:00 IST | 2017/01/30 04:00 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| democracy2018.com | 2018/01/30 04:00 IST | 2017/01/30 04:00 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| democracy2019.com | 2018/01/30 04:00 IST | 2017/01/30 04:00 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| vodlocker.me | 2018/01/30 12:27 IST | 2014/01/30 12:27 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| carlglebo.com | 2018/01/30 21:57 IST | 2014/01/30 21:57 IST | mohammadhusein91@gmail.com | $3,600.00 | $400.00 |
| woocommercetoclover.com | 2018/02/02 12:11 IST | 2017/02/02 12:11 IST | mohammadhusein91@gmail.com | $200.00 | 0 |
| doctern.com | 2018/02/03 09:38 IST | 2017/02/03 09:38 IST | mohammadhusein91@gmail.com | $500.00 | 0 |
| putlocker.vin | 2018/02/04 09:18 IST | 2017/02/04 09:18 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| megashare9.bz | 2018/02/06 22:33 IST | 2016/02/06 22:33 IST | privacy@dynadot.com | $20.00 | 0 |
| buyhighprlinkseo.com | 2018/02/08 00:40 IST | 2015/02/08 00:40 IST | mohammadhusein91@gmail.com | $150.00 | 0 |
| gomovies.co | 2018/02/08 05:29 IST | 2017/02/09 01:25 IST | privacy@dynadot.com | $150,000.00 | $4,500.00 |
| moviesesh.com | 2018/02/08 09:48 IST | 2017/02/08 09:48 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| seosolution.net | 2018/02/09 00:31 IST | 2014/02/09 00:31 IST | mohammadhusein91@gmail.com | $80.00 | 0 |
| dramanice.co | 2018/02/12 05:29 IST | 2016/02/13 04:32 IST | privacy@dynadot.com | $80.00 | 0 |
| dramapo.com | 2018/02/13 04:32 IST | 2016/02/13 04:32 IST | privacy@dynadot.com | $20.00 | 0 |
| drama17.com | 2018/02/13 04:32 IST | 2016/02/13 04:32 IST | privacy@dynadot.com | $20.00 | 0 |
| putlockers9.co | 2018/02/17 05:29 IST | 2017/02/18 01:04 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| putlockertube.co | 2018/02/17 05:29 IST | 2017/02/18 01:04 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| shortstore.com | 2018/02/18 08:02 IST | 2017/02/18 08:02 IST | mohammadhusein91@gmail.com | $300.00 | 0 |
| stevihairstylesatx.com | 2018/02/18 17:36 IST | 2016/02/18 17:36 IST | mohammadhusein91@gmail.com | $200.00 | 0 |
| tvriches.com | 2018/02/21 00:58 IST | 2017/02/21 00:58 IST | mohammadhusein91@gmail.com | $60.00 | 0 |

| Domain | Date 1 | Date 2 | Email | Amount | |
|---|---|---|---|---|---|
| 123watch.co | 2018/02/23 05:29 IST | 2017/02/23 10:43 IST | mohammadhusein91@gmail.com | $60.00 | 0 |
| kissanime9.com | 2018/02/23 21:19 IST | 2016/02/23 21:19 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| 123watch.life | 2018/02/23 23:56 IST | 2017/02/23 23:56 IST | privacy@dynadot | $20.00 | 0 |
| 123watch.tv | 2018/02/23 23:56 IST | 2017/02/23 23:56 IST | privacy@dynadot | $40.00 | 0 |
| kissanime.online | 2018/02/24 05:29 IST | 2016/02/23 21:19 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| freebizwebsite.com | 2018/02/24 10:30 IST | 2016/02/24 10:30 IST | mohammadhusein91@gmail.com | $60.00 | 0 |
| kingsaluminium.com | 2018/02/24 15:21 IST | 2017/02/24 15:21 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| kingsalu.com | 2018/02/24 15:21 IST | 2017/02/24 15:21 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| potlocker9.com | 2018/02/24 22:02 IST | 2015/02/24 22:02 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| fulltimetrainer.com | 2018/02/26 00:37 IST | 2013/02/26 00:37 IST | mohammadhusein91@gmail.com | $80.00 | 0 |
| dvdindustries.com | 2018/02/28 04:36 IST | 2017/02/28 04:36 IST | mohammadhusein91@gmail.com | $80.00 | 0 |
| 123putlocker.co | 2018/02/28 05:29 IST | 2017/02/28 10:47 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| vod-locker.com | 2018/02/28 10:47 IST | 2017/02/28 10:47 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| rehmanimasjid.com | 2018/03/01 00:55 IST | 2016/02/29 00:55 IST | mohammadhusein91@gmail.com | $200.00 | 0 |
| pputlocker.com | 2018/03/02 01:06 IST | 2017/03/02 01:06 IST | privacy@dynadot.com | $20.00 | 0 |
| hostnes.com | 2018/03/03 00:50 IST | 2016/03/03 00:50 IST | mohammadhusein91@gmail.com | $80.00 | 0 |
| movie.bet | 2018/03/03 22:04 IST | 2016/03/03 22:04 IST | mohammadhusein91@gmail.com | $1,000.00 | 0 |
| frenchseries.com | 2018/03/05 02:58 IST | 2015/03/05 02:58 IST | mohammadhusein91@gmail.com | $1,000.00 | 0 |
| harambeglass.com | 2018/03/05 07:01 IST | 2017/03/05 07:01 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| fullmovies.tv | 2018/03/06 09:05 IST | 2015/03/06 09:05 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| fullmovie9.com | 2018/03/06 12:13 IST | 2015/03/06 12:13 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| watchseriestv.org | 2018/03/06 15:59 IST | 2015/03/06 15:59 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| putlocker-movie.com | 2018/03/07 00:51 IST | 2016/03/07 00:51 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| mukatifoundation.com | 2018/03/07 13:52 IST | 2014/03/07 13:52 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| 2movies.co | 2018/03/08 05:29 IST | 2017/03/08 23:31 IST | privacy@dynadot.com | $20.00 | 0 |
| seaput.com | 2018/03/10 00:53 IST | 2017/03/10 00:53 IST | mohammadhusein91@gmail.com | $80.00 | 0 |
| putlocker-ch.com | 2018/03/10 01:01 IST | 2017/03/10 01:01 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| xmovies8.mx | 2018/03/10 15:26 IST | 2017/03/10 15:26 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| putlockertv.bz | 2018/03/10 15:26 IST | 2017/03/10 15:26 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| putlockerstv.net | 2018/03/10 15:26 IST | 2017/03/10 15:26 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| putlockertv.pro | 2018/03/10 15:26 IST | 2017/03/10 15:26 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| imovies.co | 2018/03/11 05:29 IST | 2017/03/11 23:38 IST | privacy@dynadot.com | $20.00 | 0 |
| onseries.net | 2018/03/12 00:30 IST | 2017/03/12 00:30 IST | mohammadhusein91@gmail.com | $80.00 | 0 |
| alphametaalphaspin.com | 2018/03/12 00:39 IST | 2017/03/12 00:39 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| alphaspinalphameta.com | 2018/03/12 00:39 IST | 2017/03/12 00:39 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| haput.com | 2018/03/12 00:41 IST | 2017/03/12 00:41 IST | privacy@dynadot.com | $80.00 | 0 |

| | | | | | |
|---|---|---|---|---|---|
| moviesgo.co | 2018/03/12 05:29 IST | 2016/03/12 18:36 IST | mohammadhusein91@gmail.com | $100.00 | 0 |
| 123movies.bz | 2018/03/13 04:36 IST | 2016/03/13 04:36 IST | mohammadhusein91@gmail.com | $800.00 | 0 |
| dramaget.com | 2018/03/13 04:36 IST | 2016/03/13 04:36 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| 123movies.eu | 2018/03/14 04:29 IST | 2016/03/13 04:36 IST | mohammadhusein91@gmail.com | $40.00 | 0 |
| watchtuner.com | 2018/03/17 04:57 IST | 2017/03/17 04:57 IST | mohammadhusein91@gmail.com | $100.00 | 0 |
| ofhsa.com | 2018/03/19 00:15 IST | 2017/03/19 00:15 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| putlocker2.co | 2018/03/19 05:29 IST | 2017/03/19 11:33 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| 123movies-hd.net | 2018/03/19 11:33 IST | 2017/03/19 11:33 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| 123movies-hd.org | 2018/03/19 11:33 IST | 2017/03/19 11:33 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| 123movies-hd.tv | 2018/03/19 11:33 IST | 2017/03/19 11:33 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| movies2.co | 2018/03/20 05:29 IST | 2016/03/20 23:32 IST | mohammadhusein91@gmail.com | $50.00 | 0 |
| movietube9.com | 2018/03/21 14:42 IST | 2015/03/21 14:42 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| viooz9.com | 2018/03/21 14:42 IST | 2015/03/21 14:42 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| primewire9.com | 2018/03/21 14:42 IST | 2015/03/21 14:42 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| procpm.com | 2018/03/21 21:19 IST | 2013/03/21 21:19 IST | mohammadhusein91@gmail.com | $4,000.00 | 0 |
| potlocker.eu | 2018/03/22 04:29 IST | 2015/03/21 14:42 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| putlocker.club | 2018/03/22 05:29 IST | 2016/03/22 20:51 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| putlockermovies.co | 2018/03/22 05:29 IST | 2016/03/22 20:51 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| kingsofthrones.com | 2018/03/26 10:56 IST | 2015/03/26 10:56 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| 123series.co | 2018/03/28 05:29 IST | 2017/03/28 13:35 IST | mohammadhusein91@gmail.com | $150.00 | 0 |
| me-movies.co | 2018/03/28 05:29 IST | 2017/03/28 13:35 IST | mohammadhusein91@gmail.com | $40.00 | 0 |
| memovie.co | 2018/03/28 05:29 IST | 2017/03/28 13:35 IST | mohammadhusein91@gmail.com | $40.00 | 0 |
| moviesme.co | 2018/03/28 05:29 IST | 2017/03/28 13:35 IST | mohammadhusein91@gmail.com | $40.00 | 0 |
| memovieshd.co | 2018/03/28 05:29 IST | 2017/03/28 13:35 IST | mohammadhusein91@gmail.com | $40.00 | 0 |
| memovies9.com | 2018/03/28 13:35 IST | 2017/03/28 13:35 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| memoviestv.com | 2018/03/28 13:35 IST | 2017/03/28 13:35 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| memovies123.com | 2018/03/28 13:35 IST | 2017/03/28 13:35 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| memovies2.com | 2018/03/28 13:35 IST | 2017/03/28 13:35 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| memovies.ws | 2018/03/28 13:41 IST | 2017/03/28 13:41 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| watchngo.com | 2018/03/28 23:52 IST | 2017/03/28 23:52 IST | mohammadhusein91@gmail.com | $40.00 | 0 |
| zdrive.co | 2018/03/29 05:29 IST | 2016/03/30 04:23 IST | privacy@dynadot.com | $40.00 | 0 |
| gmovies.co | 2018/03/30 05:29 IST | 2017/03/30 07:16 IST | mohammadhusein91@gmail.com | $150.00 | 0 |
| sanantonioseo.co | 2018/03/30 05:29 IST | 2017/03/30 07:16 IST | mohammadhusein91@gmail.com | $1,050.00 | 0 |
| webdesignsanantonio.co | 2018/03/30 05:29 IST | 2017/03/31 01:18 IST | mohammadhusein91@gmail.com | $3,000.00 | 0 |
| eflixtv.co | 2018/04/02 05:29 IST | 2017/04/02 09:11 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| eflixtv.net | 2018/04/02 09:11 IST | 2017/04/02 09:11 IST | mohammadhusein91@gmail.com | $20.00 | 0 |

| | | | | | |
|---|---|---|---|---|---|
| yiblr.co | 2018/04/03 05:29 IST | 2017/04/04 02:43 IST | mohammadhusein91@gmail.com | $200.00 | 0 |
| yiblr.us | 2018/04/03 05:29 IST | 2017/04/04 02:43 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| yiblr.net | 2018/04/04 02:43 IST | 2017/04/04 02:43 IST | mohammadhusein91@gmail.com | $200.00 | 0 |
| amukati.com | 2018/04/06 05:33 IST | 2015/04/06 05:33 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| alluc1.com | 2018/04/08 00:53 IST | 2015/04/08 00:53 IST | privacy@dynadot.com | $20.00 | 0 |
| shopopticals.com | 2018/04/08 15:51 IST | 2016/04/08 15:51 IST | mohammadhusein91@gmail.com | $200.00 | 0 |
| cornertheweb.com | 2018/04/09 00:01 IST | 2015/04/09 00:01 IST | mohammadhusein91@gmail.com | $25.00 | 0 |
| amctickets.com | 2018/04/10 00:06 IST | 2003/04/10 00:06 IST | privacy@dynadot.com | $2,000.00 | 0 |
| reporteramerica.com | 2018/04/12 04:56 IST | 2017/04/12 04:56 IST | mohammadhusein91@gmail.com | $200.00 | 0 |
| gomoviesto.co | 2018/04/12 05:29 IST | 2017/04/13 01:45 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| coordinatingyourevent.com | 2018/04/13 02:23 IST | 2017/04/13 02:23 IST | privacy@dynadot.com | $20.00 | 0 |
| alistelitestyling.com | 2018/04/13 02:26 IST | 2017/04/13 02:26 IST | privacy@dynadot.com | $20.00 | 0 |
| rottencritic.com | 2018/04/13 03:16 IST | 2016/04/13 03:16 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| bollywoodb.com | 2018/04/13 05:22 IST | 2015/04/13 05:22 IST | mohammadhusein91@gmail.com | $40.00 | 0 |
| videomega.co | 2018/04/13 05:29 IST | 2017/04/14 00:17 IST | mohammadhusein91@gmail.com | $40.00 | 0 |
| vivasa.co | 2018/04/14 05:29 IST | 2017/04/15 01:57 IST | privacy@dynadot.com | $40.00 | 0 |
| yiblr.co.uk | 2018/04/15 01:57 IST | 2017/04/15 01:57 IST | privacy@dynadot.com | $20.00 | 0 |
| newscomb.com | 2018/04/15 06:04 IST | 2014/04/15 06:04 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| dentalpracticearlington.com | 2018/04/15 19:58 IST | 2013/04/15 19:58 IST | mohammadhusein91@gmail.com | $40.00 | 0 |
| megashare1.com | 2018/04/16 00:13 IST | 2016/04/16 00:13 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| theputlockers.com | 2018/04/17 00:26 IST | 2017/04/17 00:26 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| wowmovie.co | 2018/04/17 05:29 IST | 2017/04/18 01:34 IST | privacy@dynadot.com | $40.00 | 0 |
| putlockermovies9.com | 2018/04/17 23:34 IST | 2017/04/17 23:34 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| nbapaper.com | 2018/04/18 01:34 IST | 2017/04/18 01:34 IST | privacy@dynadot.com | $200.00 | 0 |
| sock-share.com | 2018/04/18 01:34 IST | 2017/04/18 01:34 IST | privacy@dynadot.com | $20.00 | 0 |
| cmovieshd.org | 2018/04/18 01:34 IST | 2017/04/18 01:34 IST | privacy@dynadot.com | $20.00 | 0 |
| allmyvideos.co | 2018/04/18 05:29 IST | 2016/04/18 08:24 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| spacemovie.co | 2018/04/18 05:29 IST | 2016/04/18 08:24 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| spacemov.info | 2018/04/18 08:24 IST | 2016/04/18 08:24 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| pavanicafe.co | 2018/04/20 05:29 IST | 2016/04/21 05:06 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| watchseriestv.co | 2018/04/23 05:29 IST | 2016/04/23 23:34 IST | mohammadhusein91@gmail.com | $40.00 | 0 |
| streamhdlive.com | 2018/04/24 22:53 IST | 2016/04/24 22:53 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| hd2stream.com | 2018/04/24 22:53 IST | 2016/04/24 22:53 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| watch-movies-online.co | 2018/04/26 05:29 IST | 2017/04/26 23:34 IST | privacy@dynadot.com | $20.00 | 0 |
| curebymarijuana.com | 2018/04/26 09:07 IST | 2015/04/26 09:07 IST | mohammadhusein91@gmail.com | $500.00 | 0 |
| cedarsa.com | 2018/04/29 04:04 IST | 2017/04/29 04:04 IST | mohammadhusein91@gmail.com | $4,000.00 | $200.00 |

| | | | | | |
|---|---|---|---|---|---|
| putlocker-hd.co | 2018/04/29 05:29 IST | 2016/04/30 02:49 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| paypiya.com | 2018/04/29 06:36 IST | 2015/04/29 06:36 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| xmovies-8.co | 2018/05/01 05:29 IST | 2016/05/01 21:59 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| gomoviesgo.com | 2018/05/01 23:45 IST | 2017/05/01 23:45 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| smartwatch.tv | 2018/05/03 13:38 IST | 2016/05/03 13:38 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| anime9.co | 2018/05/04 05:29 IST | 2017/05/04 13:51 IST | privacy@dynadot.com | $20.00 | 0 |
| yesmovies.top | 2018/05/04 13:51 IST | 2017/05/04 13:51 IST | privacy@dynadot.com | $20.00 | 0 |
| yify.top | 2018/05/04 13:51 IST | 2017/05/04 13:51 IST | privacy@dynadot.com | $20.00 | 0 |
| 9anime.ws | 2018/05/04 13:51 IST | 2017/05/04 13:51 IST | privacy@dynadot.com | $20.00 | 0 |
| 9anime.pro | 2018/05/04 13:51 IST | 2017/05/04 13:51 IST | privacy@dynadot.com | $20.00 | 0 |
| 9anime.cc | 2018/05/04 13:58 IST | 2017/05/04 13:58 IST | privacy@dynadot.com | $20.00 | 0 |
| fmovies.biz | 2018/05/06 05:29 IST | 2016/05/06 21:28 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| fmovies9.co | 2018/05/08 05:29 IST | 2017/05/09 00:48 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| fmoviestv.com | 2018/05/08 14:16 IST | 2017/05/08 14:16 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| fmovies9.net | 2018/05/09 00:48 IST | 2017/05/09 00:48 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| fmovies9.org | 2018/05/09 00:48 IST | 2017/05/09 00:48 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| putlockerhd.tv | 2018/05/10 13:31 IST | 2017/05/10 13:31 IST | privacy@dynadot.com | $20.00 | 0 |
| doodlesdigital.com | 2018/05/11 10:33 IST | 2017/05/11 10:33 IST | privacy@dynadot.com | $80.00 | 0 |
| cokeandpopcorn.co | 2018/05/12 05:29 IST | 2017/05/12 06:08 IST | mohammadhusein91@gmail.com | $100.00 | 0 |
| putlockertv.co | 2018/05/12 05:29 IST | 2017/05/12 23:32 IST | privacy@dynadot.com | $20.00 | 0 |
| putstream.net | 2018/05/12 06:08 IST | 2017/05/12 06:08 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| rotanacafesa.com | 2018/05/12 09:30 IST | 2017/05/12 09:30 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| megashare9.us | 2018/05/13 05:29 IST | 2017/05/13 23:32 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| mycouchtuner.co | 2018/05/15 05:29 IST | 2017/05/15 08:45 IST | mohammadhusein91@gmail.com | $50.00 | 0 |
| movies9.co | 2018/05/15 05:29 IST | 2017/05/15 23:32 IST | privacy@dynadot.com | $20.00 | 0 |
| passivebros.com | 2018/05/16 03:47 IST | 2015/05/16 03:47 IST | privacy@dynadot.com | $20.00 | 0 |
| waysimakemoney.com | 2018/05/16 08:43 IST | 2015/05/16 08:43 IST | privacy@dynadot.com | $20.00 | 0 |
| movietvscript.com | 2018/05/22 22:12 IST | 2014/05/22 22:12 IST | privacy@dynadot.com | $20.00 | 0 |
| seopv.com | 2018/05/24 00:05 IST | 2014/05/24 00:05 IST | privacy@dynadot.com | $50.00 | 0 |
| watchclips.net | 2018/05/24 02:41 IST | 2016/05/24 02:41 IST | privacy@dynadot.com | $30.00 | 0 |
| vodly.org | 2018/05/24 12:44 IST | 2017/05/24 12:44 IST | mohammadhusein91@gmail.com | $30.00 | 0 |
| vodly.me | 2018/05/24 12:44 IST | 2017/05/24 12:44 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| phonerepairorlando.com | 2018/05/25 20:25 IST | 2014/05/25 20:25 IST | privacy@dynadot.com | $10,000.00 | $600.00 |
| amcseries.com | 2018/05/25 23:50 IST | 2017/05/25 23:50 IST | privacy@dynadot.com | $200.00 | 0 |
| megashare.ag | 2018/05/27 02:58 IST | 2014/05/27 02:58 IST | privacy@dynadot.com | $1,000.00 | $100.00 |
| hassassination.com | 2018/05/29 11:28 IST | 2016/05/29 11:28 IST | privacy@dynadot.com | $20.00 | 0 |

| | | | | | |
|---|---|---|---|---|---|
| telechargement-zone.co | 2018/05/30 05:29 IST | 2017/05/30 06:05 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| animestreams.co | 2018/05/30 05:29 IST | 2017/05/30 06:05 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| moviewatcher.org | 2018/05/30 06:05 IST | 2017/05/30 06:05 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| fimrcutsa.com | 2018/05/30 06:05 IST | 2017/05/30 06:05 IST | mohammadhusein91@gmail.com | $100.00 | 0 |
| 123moviesfreez.co | 2018/05/31 05:29 IST | 2017/05/31 05:52 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| hdonline.info | 2018/05/31 15:44 IST | 2017/05/31 15:44 IST | privacy@dynadot.com | $20.00 | 0 |
| vegabondcouple.com | 2018/05/31 16:48 IST | 2017/05/31 16:48 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| travelboundcouple.com | 2018/06/01 06:59 IST | 2017/06/01 06:59 IST | mohammadhusein91@gmail.com | $200.00 | 0 |
| xputlocker.com | 2018/06/04 09:10 IST | 2015/06/04 09:10 IST | privacy@dynadot.com | $20.00 | 0 |
| vmoneybuyshouses.com | 2018/06/06 01:12 IST | 2017/06/06 01:12 IST | mohammadhusein91@gmail.com | $400.00 | 0 |
| eventcobra.com | 2018/06/06 02:32 IST | 2017/06/06 02:32 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| soul-anime.co | 2018/06/09 05:29 IST | 2017/06/09 23:32 IST | privacy@dynadot.com | $20.00 | 0 |
| revenuethemes.com | 2018/06/09 11:51 IST | 2017/06/09 11:51 IST | privacy@dynadot.com | $200.00 | 0 |
| tunemovietube.com | 2018/06/13 10:13 IST | 2015/06/13 10:13 IST | privacy@dynadot.com | $20.00 | 0 |
| trycrispy.com | 2018/06/13 11:49 IST | 2017/06/13 11:49 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| sellmyhomefastsatx.com | 2018/06/14 00:17 IST | 2017/06/14 00:17 IST | mohammadhusein91@gmail.com | $400.00 | 0 |
| realestatebytheshare.com | 2018/06/14 19:38 IST | 2017/06/14 19:38 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| putlocker9.co | 2018/06/19 05:29 IST | 2015/06/20 03:29 IST | privacy@dynadot.com | $20.00 | 0 |
| usaglam.com | 2018/06/19 21:07 IST | 2017/06/19 21:07 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| fabulousnailsalon.com | 2018/06/20 10:21 IST | 2017/06/20 10:21 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| proofleads.com | 2018/06/21 09:39 IST | 2017/06/21 09:39 IST | privacy@dynadot.com | $20,000.00 | $800.00 |
| fmovies.tube | 2018/06/24 02:24 IST | 2017/06/24 02:24 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| stopcopyright.com | 2018/06/24 18:46 IST | 2016/06/24 18:46 IST | privacy@dynadot.com | $5,500.00 | 0 |
| 123movies.co | 2018/06/25 05:29 IST | 2017/02/26 01:12 IST | privacy@dynadot.com | $2,200,000.00 | $45,000.00 |
| cineblog.co | 2018/06/27 05:29 IST | 2015/06/28 02:11 IST | privacy@dynadot.com | $300.00 | 0 |
| 0123movies.co | 2018/06/27 05:29 IST | 2017/06/28 03:45 IST | mohammadhusein91@gmail.com | $100.00 | 0 |
| 123-movies.org | 2018/06/28 03:45 IST | 2017/06/28 03:45 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| couchtuner.info | 2018/06/28 03:45 IST | 2015/06/28 03:45 IST | privacy@dynadot.com | $200.00 | 0 |
| hairbraidingsanantonio.com | 2018/06/29 01:40 IST | 2011/06/29 01:40 IST | mohammadhusein91@gmail.com | $600.00 | 0 |
| 123-movies.tv | 2018/06/30 12:03 IST | 2016/06/30 12:03 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| adsgur.com | 2018/07/01 04:31 IST | 2015/07/01 04:31 IST | privacy@dynadot.com | $2,000.00 | $10.00 |
| isputlocker.co | 2018/07/01 05:29 IST | 2017/07/01 18:08 IST | privacy@dynadot.com | $20.00 | 0 |
| notfamousjustrich.com | 2018/07/01 09:46 IST | 2017/07/01 09:46 IST | privacy@dynadot.com | $50.00 | 0 |
| putlocker6.com | 2018/07/01 18:05 IST | 2015/07/01 18:05 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| isputlocker.net | 2018/07/01 18:08 IST | 2017/07/01 18:08 IST | privacy@dynadot.com | $20.00 | 0 |
| isputlocker.org | 2018/07/01 18:08 IST | 2017/07/01 18:08 IST | privacy@dynadot.com | $20.00 | 0 |

| | | | | | |
|---|---|---|---|---|---|
| putlockernew.com | 2018/07/02 00:03 IST | 2016/07/02 00:03 IST | privacy@dynadot.com | $20.00 | 0 |
| sellyourhousecash.co | 2018/07/03 05:29 IST | 2017/07/03 21:09 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| instasage.com | 2018/07/08 15:29 IST | 2017/07/08 15:29 IST | privacy@dynadot.com | $20.00 | 0 |
| stevihairbraiding.com | 2018/07/09 00:15 IST | 2017/07/09 00:15 IST | mohammadhusein91@gmail.com | $3,000.00 | $100.00 |
| go-stream.co | 2018/07/11 05:29 IST | 2017/07/12 00:49 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| 123gostream.co | 2018/07/11 05:29 IST | 2017/07/12 00:49 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| gostreamfree.co | 2018/07/11 05:29 IST | 2017/07/12 00:49 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| gostreams.co | 2018/07/11 05:29 IST | 2017/07/12 00:49 IST | mohammadhusein91@gmail.com | $100.00 | 0 |
| gostream2.co | 2018/07/11 05:29 IST | 2017/07/12 02:30 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| gostreamhd.co | 2018/07/11 05:29 IST | 2017/07/12 03:52 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| streamgo.co | 2018/07/11 05:29 IST | 2017/07/12 03:56 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| go-stream.org | 2018/07/12 00:49 IST | 2017/07/12 00:49 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| go-stream.tv | 2018/07/12 00:49 IST | 2017/07/12 00:49 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| 123gostream.com | 2018/07/12 00:49 IST | 2017/07/12 00:49 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| 123gostream.net | 2018/07/12 00:49 IST | 2017/07/12 00:49 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| 123gostream.org | 2018/07/12 00:49 IST | 2017/07/12 00:49 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| gostreamfree.com | 2018/07/12 00:49 IST | 2017/07/12 00:49 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| gostreamfree.net | 2018/07/12 00:49 IST | 2017/07/12 00:49 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| gostreamfree.org | 2018/07/12 00:49 IST | 2017/07/12 00:49 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| gostreams.org | 2018/07/12 00:49 IST | 2017/07/12 00:49 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| gostream.ag | 2018/07/12 00:49 IST | 2017/07/12 00:49 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| gostream2.com | 2018/07/12 02:30 IST | 2017/07/12 02:30 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| gostream2.net | 2018/07/12 02:30 IST | 2017/07/12 02:30 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| gostream9.com | 2018/07/12 03:56 IST | 2017/07/12 03:56 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| mangafox.org | 2018/07/12 20:00 IST | 2014/06/14 20:00 IST | mohammadhusein91@gmail.com | $200.00 | 0 |
| apleno.com | 2018/07/13 05:07 IST | 2017/07/13 05:07 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| xpau.co | 2018/07/15 05:29 IST | 2017/07/15 06:40 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| xpau.org | 2018/07/15 06:40 IST | 2017/07/15 06:40 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| martialartsinchina.com | 2018/07/16 19:37 IST | 2016/07/16 19:37 IST | mohammadhusein91@gmail.com | $100.00 | 0 |
| rtob.org | 2018/07/16 20:00 IST | 2015/07/16 20:00 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| followleads.com | 2018/07/19 12:56 IST | 2017/07/19 12:56 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| solar-movies.co | 2018/07/22 05:29 IST | 2016/07/22 20:51 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| 4simplicity.com | 2018/08/03 23:37 IST | 2017/08/03 23:37 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| solarmoviess.com | 2018/08/04 15:52 IST | 2016/08/04 15:52 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| 123movies.sx | 2018/08/07 05:54 IST | 2016/08/07 05:54 IST | mohammadhusein91@gmail.com | $100.00 | 0 |
| 123movies.plus | 2018/08/07 05:54 IST | 2016/08/07 05:54 IST | privacy@dynadot.com | $100,000.00 | $4,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| bivifinder.com | 2018/08/07 13:57 IST | 2015/08/07 13:57 IST | mohammadhusein91@gmail.com | $20.00 | $0.00 |
| abdulmukati.com | 2018/08/08 22:56 IST | 2013/08/08 22:56 IST | mohammadhusein91@gmail.com | $1,000.00 | 0 |
| drmukati.com | 2018/08/08 23:05 IST | 2013/08/08 23:05 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| jaboz.com | 2018/08/10 00:01 IST | 2015/08/10 00:01 IST | mohammadhusein91@gmail.com | $40.00 | 0 |
| pokemato.com | 2018/08/10 23:33 IST | 2014/08/10 23:33 IST | mohammadhusein91@gmail.com | $100.00 | 0 |
| 7figureboyz.com | 2018/08/14 22:04 IST | 2017/08/14 22:04 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| 7figureboys.com | 2018/08/14 22:04 IST | 2017/08/14 22:04 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| yesmovies.co | 2018/08/15 05:29 IST | 2016/08/16 02:31 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| yesmovies.ws | 2018/08/16 02:31 IST | 2016/08/16 02:31 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| fmovies.ws | 2018/08/16 02:33 IST | 2016/08/16 02:33 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| yesmovies.pro | 2018/08/16 02:56 IST | 2016/08/16 02:56 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| ocprogressive.com | 2018/08/16 16:06 IST | 2015/08/16 16:06 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| gostream.guru | 2018/08/19 01:49 IST | 2017/08/19 01:49 IST | privacy@dynadot.com | $20.00 | 0 |
| amcoresecurity.com | 2018/08/19 04:28 IST | 2017/08/19 04:28 IST | privacy@dynadot.com | $20.00 | 0 |
| amcoresecuritygroup.com | 2018/08/19 04:28 IST | 2017/08/19 04:28 IST | privacy@dynadot.com | $20.00 | 0 |
| iphonerepairfast.com | 2018/08/19 06:50 IST | 2016/08/19 06:50 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| f-movies.co | 2018/08/22 05:29 IST | 2016/08/23 02:55 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| docternclinic.com | 2018/08/24 23:12 IST | 2017/08/24 23:12 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| docternclinic.org | 2018/08/24 23:12 IST | 2017/08/24 23:12 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| watchseries.us | 2018/08/27 05:29 IST | 2017/08/27 10:35 IST | mohammadhusein91@gmail.com | $100.00 | 0 |
| voulu.net | 2018/08/28 08:41 IST | 2017/08/28 08:41 IST | privacy@dynadot.com | $20.00 | 0 |
| spencerrenovationsinc.com | 2018/08/28 19:30 IST | 2016/08/28 19:30 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| voulu.store | 2018/08/29 05:29 IST | 2017/08/28 08:41 IST | privacy@dynadot.com | $20.00 | 0 |
| exactnetworth.com | 2018/08/30 01:22 IST | 2015/08/30 01:22 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| networth.top | 2018/08/30 01:22 IST | 2015/08/30 01:22 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| putlocker.online | 2018/08/30 05:29 IST | 2015/08/29 23:50 IST | mohammadhusein91@gmail.com | $100.00 | 0 |
| megashare.online | 2018/08/30 05:29 IST | 2015/08/29 23:50 IST | mohammadhusein91@gmail.com | $100.00 | 0 |
| couchtuner.online | 2018/08/31 05:29 IST | 2015/08/30 06:32 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| 1movie.co | 2018/09/01 05:29 IST | 2017/09/01 19:15 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| 123torrent.co | 2018/09/01 05:29 IST | 2017/09/01 19:15 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| putlocker.name | 2018/09/02 21:35 IST | 2015/09/02 21:35 IST | mohammadhusein91@gmail.com | $100.00 | 0 |
| thetrueinvestor.com | 2018/09/03 02:04 IST | 2017/09/03 02:04 IST | privacy@dynadot.com | $20.00 | 0 |
| nomhaan.com | 2018/09/03 07:36 IST | 2017/09/03 07:36 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| niter.online | 2018/09/05 05:29 IST | 2016/09/04 11:24 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| open-load.com | 2018/09/06 20:50 IST | 2016/09/06 20:50 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| yiblrsanantonio.com | 2018/09/07 01:49 IST | 2016/09/07 01:49 IST | mohammadhusein91@gmail.com | $100.00 | 0 |

| | | | | | |
|---|---|---|---|---|---|
| watchfullmovie.tv | 2018/09/07 05:26 IST | 2015/09/07 05:26 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| goseries.co | 2018/09/07 05:29 IST | 2017/09/07 22:53 IST | privacy@dynadot.com | $20.00 | 0 |
| ewatchseries.co | 2018/09/07 05:29 IST | 2017/09/08 03:37 IST | privacy@dynadot.com | $20.00 | 0 |
| xyzseries.co | 2018/09/07 05:29 IST | 2017/09/08 05:13 IST | privacy@dynadot.com | $20.00 | 0 |
| ewatchseries.org | 2018/09/08 03:37 IST | 2017/09/08 03:37 IST | privacy@dynadot.com | $20.00 | 0 |
| xyzseries.com | 2018/09/08 05:13 IST | 2017/09/08 05:13 IST | privacy@dynadot.com | $20.00 | 0 |
| xyzseries.net | 2018/09/08 05:13 IST | 2017/09/08 05:13 IST | privacy@dynadot.com | $20.00 | 0 |
| xyzseries.org | 2018/09/08 05:13 IST | 2017/09/08 05:13 IST | privacy@dynadot.com | $20.00 | 0 |
| oxyvo.com | 2018/09/08 09:28 IST | 2017/09/08 09:28 IST | privacy@dynadot.com | $100.00 | 0 |
| 200shirts.com | 2018/09/09 11:36 IST | 2015/09/09 11:36 IST | mohammadhusein91@gmail.com | $100.00 | 0 |
| mehransa.com | 2018/09/12 03:57 IST | 2015/09/12 03:57 IST | mohammadhusein91@gmail.com | $4,000.00 | $300.00 |
| putlockertube.com | 2018/09/12 07:30 IST | 2015/09/12 07:30 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| putlockern.com | 2018/09/12 07:30 IST | 2015/09/12 07:30 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| megashare6.com | 2018/09/12 07:30 IST | 2015/09/12 07:30 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| putlockerr.com | 2018/09/12 07:30 IST | 2015/09/12 07:30 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| uwatchseries.com | 2018/09/13 23:44 IST | 2017/09/13 23:44 IST | privacy@dynadot.com | $20.00 | 0 |
| moviecomb.com | 2018/09/15 07:30 IST | 2015/09/15 07:30 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| ironicfarooqi.com | 2018/09/16 03:55 IST | 2016/09/16 03:55 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| cxmovies.co | 2018/09/17 05:29 IST | 2017/09/17 06:23 IST | privacy@dynadot.com | $20.00 | 0 |
| managehosts.com | 2018/09/18 02:38 IST | 2017/09/18 02:38 IST | privacy@dynadot.com | $20.00 | 0 |
| putlockershows.com | 2018/09/20 23:54 IST | 2016/09/20 23:54 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| oevo.co | 2018/09/21 05:29 IST | 2017/09/22 01:59 IST | privacy@dynadot.com | $1,000.00 | 0 |
| virgohairbraiding.com | 2018/09/21 06:24 IST | 2016/09/21 06:24 IST | mohammadhusein91@gmail.com | $3,000.00 | $150.00 |
| minemytraffic.com | 2018/09/21 09:01 IST | 2017/09/21 09:01 IST | privacy@dynadot.com | $100.00 | 0 |
| saharamediterraneangrill.com | 2018/09/22 00:22 IST | 2016/09/22 00:22 IST | privacy@dynadot.com | $25.00 | 0 |
| saharagrillsa.com | 2018/09/22 00:22 IST | 2016/09/22 00:22 IST | privacy@dynadot.com | $2,500.00 | $100.00 |
| webwestdesign.com | 2018/09/22 21:37 IST | 2017/09/22 21:37 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| rahmanimasjid.com | 2018/09/23 07:37 IST | 2016/09/23 07:37 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| successfultrucking.com | 2018/09/26 23:04 IST | 2016/09/26 23:04 IST | mohammadhusein91@gmail.com | $100.00 | 0 |
| putlocker.life | 2018/09/27 06:53 IST | 2016/09/27 06:53 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| collegeconfirmed.com | 2018/09/27 06:53 IST | 2016/09/27 06:53 IST | privacy@dynadot.com | $20.00 | 0 |
| putlocker.mx | 2018/09/27 06:54 IST | 2014/09/27 06:54 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| yibler.com | 2018/09/28 07:18 IST | 2015/09/28 07:18 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| putstream.co | 2018/10/02 05:29 IST | 2017/10/02 08:23 IST | privacy@dynadot.com | $20.00 | 0 |
| 123movies.uno | 2018/10/02 07:18 IST | 2017/10/02 07:18 IST | mohammadhusein91@gmail.com | $100.00 | 0 |
| putstream.org | 2018/10/02 08:23 IST | 2017/10/02 08:23 IST | privacy@dynadot.com | $20.00 | 0 |

| Domain | Date 1 | Date 2 | Email | Amount | Count |
|---|---|---|---|---|---|
| putstream.tv | 2018/10/02 08:23 IST | 2017/10/02 08:23 IST | privacy@dynadot.com | $20.00 | 0 |
| putstream.io | 2018/10/02 08:23 IST | 2017/10/02 08:23 IST | privacy@dynadot.com | $20.00 | 0 |
| solarmovie.uno | 2018/10/02 08:36 IST | 2017/10/02 08:36 IST | privacy@dynadot.com | $20.00 | 0 |
| putstream.me | 2018/10/02 17:01 IST | 2017/10/02 17:01 IST | privacy@dynadot.com | $20.00 | 0 |
| put-stream.co | 2018/10/03 05:29 IST | 2017/10/03 23:55 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| pacmovies.co | 2018/10/03 05:29 IST | 2017/10/03 23:55 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| acsrtx.org | 2018/10/03 09:17 IST | 2017/10/03 09:17 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| put-stream.com | 2018/10/03 23:55 IST | 2017/10/03 23:55 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| pacmovies.net | 2018/10/03 23:55 IST | 2017/10/03 23:55 IST | privacy@dynadot.com | $20.00 | 0 |
| pacmovies.org | 2018/10/03 23:55 IST | 2017/10/03 23:55 IST | privacy@dynadot.com | $20.00 | 0 |
| ktafricanhair.com | 2018/10/04 00:48 IST | 2016/10/04 00:48 IST | mohammadhusein91@gmail.com | $3,000.00 | 0 |
| africanhairsanantonio.com | 2018/10/04 00:48 IST | 2016/10/04 00:48 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| watch5s.co | 2018/10/05 05:29 IST | 2016/10/05 19:53 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| watch5s.net | 2018/10/05 19:53 IST | 2016/10/05 19:53 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| cmovies.co | 2018/10/06 05:29 IST | 2017/10/06 23:31 IST | privacy@dynadot.com | $20.00 | 0 |
| phonerepaironwheels.com | 2018/10/06 09:45 IST | 2017/10/06 09:45 IST | privacy@dynadot.com | $20.00 | 0 |
| anywhererepairs.com | 2018/10/06 09:53 IST | 2017/10/06 09:53 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| homebuildersa.com | 2018/10/08 02:48 IST | 2017/10/08 02:48 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| homeconstructionsa.com | 2018/10/08 02:48 IST | 2017/10/08 02:48 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| kitchenremodelsa.com | 2018/10/08 02:48 IST | 2017/10/08 02:48 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| customhomessa.com | 2018/10/08 02:48 IST | 2017/10/08 02:48 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| 123movies-hd.com | 2018/10/10 01:10 IST | 2017/10/10 01:10 IST | privacy@dynadot.com | $20.00 | 0 |
| jiblr.com | 2018/10/10 09:11 IST | 2014/10/10 09:11 IST | mohammadhusein91@gmail.com | $200.00 | 0 |
| yiblr.com | 2018/10/10 09:17 IST | 2014/10/10 09:17 IST | privacy@dynadot.com | $50,000.00 | $3,500.00 |
| coinhive.co | 2018/10/11 05:29 IST | 2017/10/11 23:30 IST | privacy@dynadot.com | $20.00 | 0 |
| 123fmovies.ac | 2018/10/12 04:49 IST | 2017/10/12 04:49 IST | privacy@dynadot.com | $20.00 | 0 |
| 123fmovies.org | 2018/10/12 04:49 IST | 2017/10/12 04:49 IST | privacy@dynadot.com | $20.00 | 0 |
| 123fmovies.io | 2018/10/12 04:49 IST | 2017/10/12 04:49 IST | privacy@dynadot.com | $20.00 | 0 |
| watchanime.co | 2018/10/13 05:29 IST | 2016/10/13 19:35 IST | mohammadhusein91@gmail.com | $200.00 | 0 |
| abcmovies.co | 2018/10/14 05:29 IST | 2017/10/14 23:30 IST | privacy@dynadot.com | $200.00 | 0 |
| mputlocker.com | 2018/10/16 23:44 IST | 2017/10/16 23:44 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| solarmovie.online | 2018/10/17 05:29 IST | 2015/10/16 22:57 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| dreadlockssanantonio.com | 2018/10/20 00:35 IST | 2016/10/20 00:35 IST | mohammadhusein91@gmail.com | $4,000.00 | $200.00 |
| premiersolutionsus.com | 2018/10/21 01:51 IST | 2017/10/21 01:51 IST | privacy@dynadot.com | $20.00 | 0 |
| texasandtea.com | 2018/10/22 14:01 IST | 2017/10/22 14:01 IST | privacy@dynadot.com | $20.00 | 0 |
| 123projectfreetv.com | 2018/10/23 14:38 IST | 2017/10/23 14:38 IST | mohammadhusein91@gmail.com | $200.00 | 0 |

| | | | | | |
|---|---|---|---|---|---|
| backlinkpro.com | 2018/10/24 23:32 IST | 2015/10/24 23:32 IST | privacy@dynadot.com | $1,000.00 | 0 |
| companyseoservice.com | 2018/10/24 23:46 IST | 2015/10/24 23:46 IST | privacy@dynadot.com | $20.00 | 0 |
| fmlipsticks.com | 2018/10/25 03:15 IST | 2015/10/25 03:15 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| brattygal.com | 2018/10/25 04:34 IST | 2017/10/25 04:34 IST | privacy@dynadot.com | $20.00 | 0 |
| hijabigals.com | 2018/10/25 23:23 IST | 2017/10/25 23:23 IST | privacy@dynadot.com | $20.00 | 0 |
| epifilm.com | 2018/10/25 23:45 IST | 2017/10/25 23:45 IST | privacy@dynadot.com | $20.00 | 0 |
| seowebsiterank.com | 2018/10/25 23:58 IST | 2015/10/25 23:58 IST | privacy@dynadot.com | $20.00 | 0 |
| kissanime.ag | 2018/10/28 00:05 IST | 2017/10/28 00:05 IST | privacy@dynadot.com | $20.00 | 0 |
| downvideo.co | 2018/10/28 05:29 IST | 2017/10/28 08:36 IST | privacy@dynadot.com | $20.00 | 0 |
| fbvideo.co | 2018/10/28 05:29 IST | 2017/10/28 08:36 IST | privacy@dynadot.com | $20.00 | 0 |
| keepvideo.co | 2018/10/28 05:29 IST | 2017/10/28 08:36 IST | privacy@dynadot.com | $20.00 | 0 |
| monitorstats.com | 2018/10/28 11:05 IST | 2015/10/28 11:05 IST | privacy@dynadot.com | $1,000.00 | 0 |
| seobp.com | 2018/10/31 02:39 IST | 2015/10/31 02:39 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| putlive.com | 2018/11/01 05:29 IST | 2016/11/01 11:02 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| solarmovie2.com | 2018/11/01 10:18 IST | 2014/11/01 10:18 IST | privacy@dynadot.com | $20.00 | 0 |
| oevoapp.com | 2018/11/01 10:25 IST | 2017/11/01 10:25 IST | privacy@dynadot.com | $20.00 | 0 |
| putchannel.com | 2018/11/01 11:02 IST | 2016/11/01 11:02 IST | privacy@dynadot.com | $20.00 | 0 |
| africanhairbraidingsanantonio.com | 2018/11/02 01:17 IST | 2016/11/02 01:17 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| braidingsanantonio.com | 2018/11/02 02:52 IST | 2016/11/02 02:52 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| lowcus.com | 2018/11/03 22:22 IST | 2016/11/03 22:22 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| putlocker.lc | 2018/11/06 09:18 IST | 2015/11/06 09:18 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| icouchtuner.co | 2018/11/07 05:29 IST | 2017/11/07 10:38 IST | privacy@dynadot.com | $20.00 | 0 |
| drschaudhry.com | 2018/11/07 05:41 IST | 2016/11/07 05:41 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| drsuhailchaudhry.com | 2018/11/07 05:41 IST | 2016/11/07 05:41 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| kagza.com | 2018/11/09 02:33 IST | 2014/11/09 02:33 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| 123putlockers.co | 2018/11/09 05:29 IST | 2017/11/09 22:18 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| vapingtolive.com | 2018/11/09 08:58 IST | 2016/11/09 08:58 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| bmoviesfree.co | 2018/11/11 05:29 IST | 2017/11/11 05:48 IST | privacy@dynadot.com | $20.00 | 0 |
| bmovies.plus | 2018/11/11 05:45 IST | 2017/11/11 05:45 IST | privacy@dynadot.com | $20.00 | 0 |
| bmovies.one | 2018/11/11 05:45 IST | 2017/11/11 05:45 IST | privacy@dynadot.com | $20.00 | 0 |
| 123bmovies.com | 2018/11/11 05:45 IST | 2017/11/11 05:45 IST | privacy@dynadot.com | $20.00 | 0 |
| bmoviess.org | 2018/11/11 05:48 IST | 2017/11/11 05:48 IST | privacy@dynadot.com | $20.00 | 0 |
| project-free.tv | 2018/11/11 13:20 IST | 2012/11/11 13:20 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| putlocker9.info | 2018/11/14 15:36 IST | 2016/11/14 15:36 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| 123movieson.co | 2018/11/15 09:33 IST | 2017/11/15 09:33 IST | privacy@dynadot.com | $20.00 | 0 |
| 123movieson.net | 2018/11/15 09:33 IST | 2017/11/15 09:33 IST | privacy@dynadot.com | $20.00 | 0 |

| | | | | | |
|---|---|---|---|---|---|
| 123movies9.com | 2018/11/15 10:03 IST | 2016/11/15 10:03 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| 123moviestv.com | 2018/11/15 10:03 IST | 2016/11/15 10:03 IST | privacy@dynadot.com | $200,000.00 | $9,000.00 |
| 123moviespro.me | 2018/11/15 21:01 IST | 2017/11/15 21:01 IST | mohammadhusein91@gmail.com | $200.00 | 0 |
| 123moviespro.co | 2018/11/15 21:01 IST | 2017/11/15 21:01 IST | mohammadhusein91@gmail.com | $200.00 | 0 |
| 123moviespro.net | 2018/11/15 21:01 IST | 2017/11/15 21:01 IST | mohammadhusein91@gmail.com | $200.00 | 0 |
| bmovies.la | 2018/11/18 05:29 IST | 2017/11/17 12:48 IST | privacy@dynadot.com | $40.00 | 0 |
| phohalong.com | 2018/11/18 21:43 IST | 2017/11/18 21:43 IST | privacy@dynadot.com | $20.00 | 0 |
| putmusic.com | 2018/11/21 10:35 IST | 2015/11/21 10:35 IST | mohammadhusein91@gmail.com | $40.00 | 0 |
| putvid.com | 2018/11/21 23:28 IST | 2014/11/21 23:28 IST | mohammadhusein91@gmail.com | $40.00 | 0 |
| vidushare.com | 2018/11/21 23:28 IST | 2016/11/21 23:28 IST | mohammadhusein91@gmail.com | $20.00 | 0 |
| couchtuner2.com | 2018/11/30 08:57 IST | 2015/11/30 08:57 IST | mohammadhusein91@gmail.com | $10,000.00 | $1,500.00 |
| putlocker9.com | 2018/12/24 13:20 IST | 2014/12/24 13:20 IST | privacy@dynadot.com | $150,000.00 | $7,500.00 |
| putstream.com | 2019/01/02 00:55 IST | 2014/01/02 00:55 IST | privacy@dynadot.com | $400,000.00 | $30,000.00 |
| carteretlocalfood.org | 2021/09/14 22:24 IST | 2017/09/14 22:24 IST | mohammadhusein91@gmail.com | $40.00 | 0 |
| lgor.com | 2025/11/29 00:46 IST | 2017/11/29 00:46 IST | privacy@dynadot.com | $1,500.00 | 0 |

Exhibit 2

Skype



**Nile Der**
*Offline*

 

Not yet

**Today**                                    8:01 AM

Then tell me                                 8:01 AM

what you want from me?

Are you stupid or what?                       8:02 AM

123movies.co and all shit

and money from payoneer

You want my domains?                          8:02 AM

Now not                                       8:02 AM

then now what you want?                       8:03 AM

Send me 100 btc to 1LpqpjR6S1eg7GVRcMX5FKsBab767D8svd    8:08 AM

Don't fuck around - your SSN # REDACTED

Anything?                                     8:08 AM

36 hours                                      8:08 AM

via Skype

**Nile Der**
*please send me dyn…*

Type a message here

REDACTED

REDACTED

REDACTED

REDACTED

🍎 **Skype** File Edit View Contacts Conversations Window Help

Skype

Nile Der
Offline

20 years in jail

36 hours

**I can only send you 10** 8:11 AM

**Once it opens**

**can you restore my dynadot man**

**how about we do site share man**

Now payoneer useless for me take access
simitika89@tuta.io
3ti0jpolIPTJWTIPJJgoij39

36 hours and 100 btc

8:30 AM

Clocks are ticking

**Bro I need dynadot too** 8:30 AM

**and 100BTC is still not possibble**

I don't care 8:31 AM

Nile Der
please send me dyn...

via Skype

Type a message here

Nile Der
Offline

November 22, 2017

Bro I need dynadot too                                    8:30 AM

and 100BTC is still not possible                          

I don't care                                              8:31 AM

It takes 4 days to get money in back                      8:31 AM

bank                                                      

Sell your rolex and panamera                              8:31 AM

?                                                         8:31 AM

bro send me dynadot. I can get a prepaid deal with ad company to send me 20BTC

And I can transfer to you                                 

with sites down I can't do anything                       

Bro no one is paying me btw if sites are down and I can't verify account.    9:05 AM

please send me dynadot login man                         

November 23, 2017

Here?                                                     2:54 AM

I've returned your ips. Now it works. Send 20 btc.        4:29 AM

Wednesday

there?                                                    6:58 PM

Sent

via Skype

Type a message here

Nile Der
there?

REDACTED

History