# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MOHAMMAD MUKATI,**<br>Plaintiff**,**<br>vs.<br>**JOHN DOE, ET AL.,**<br>Defendants**.** | CASE NO. 17-cv-07093-YGR<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; REFERRING MOTION FOR DEFAULT JUDGMENT FOR FURTHER PROCEEDINGS**<br><br>Re: Dkt. Nos. 42, 46 |

The Court has reviewed Magistrate Judge Sallie Kim's Report and Recommendation (Dkt. No. 46 ("Report") recommending denying plaintiff Mohammad Mukati's motion for default judgment (Dkt. No. 42) without prejudice. The Court has reviewed the Report carefully. The Court finds the Report correct, well-reasoned, and thorough, and adopts it in every respect.

Accordingly, and for the reasons set forth in the Report, plaintiff's motion for default judgment is **DENIED WITHOUT PREJUDICE** to resubmitting it with additional evidence. The motion is hereby **REFERRED** back to Judge Kim for further proceedings including, if necessary, an evidentiary hearing.

This Order terminates Docket Numbers 42 and 46.

**IT IS SO ORDERED.**

Dated: August 20, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

cc: Magistrate Judge Kim