United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD MUKATI,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE, et al.,<br><br>Defendants. | Case No. 17-cv-07093-YGR   (SK)<br><br>**ORDER SETTING DEADLINE**<br><br>Regarding Docket No. 47 |

On August 13, 2018, the undersigned issued a report and recommendation on Plaintiff's motion for default judgment and recommended that the Court deny the motion without prejudice. On August 20, 2018, the presiding judge adopted the report and recommendation and denied the motion for default judgment without prejudice to Plaintiff resubmitting his motion with additional evidence. The presiding judge also referred this matter back to the undersigned for further proceedings.

Despite the Court providing Plaintiff with explicit permission to resubmit his motion for default judgment with additional supporting evidence, he has not yet done so. The undersigned HEREBY SETS a deadline of March 8, 2019 for Plaintiff to resubmit his motion for default judgment with additional evidence to cure the defects noted in the report and recommendation. If Plaintiff does not file another motion for default judgment by this deadline, the Court will issue a report and recommendation to dismiss Plaintiff's complaint for failure to prosecute.

**IT IS SO ORDERED**.

Dated: February 8, 2019

*Sallie Kim*

SALLIE KIM
United States Magistrate Judge