Michael L. Rodenbaugh
California Bar No. 179059
Marie E. Richmond
California Bar No. 292962
RODENBAUGH LAW
548 Market Street, Box No. 55819
San Francisco, CA 94104
(415) 738-8087

Attorneys for Mohammad Mukati

*IT IS SO ORDERED*
*Judge Yvonne Gonzalez Rogers*
3/14/19

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD MUKATI., <br><br> Plaintiff, <br> vs. <br><br> JOHN DOE et al., <br><br> Defendants. | Case No. 17-cv-07093 YGR (SK) <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to FRCP 41(a)(1)(A)(i), Plaintiff Mohammad Mukati, hereby voluntarily dismisses this action without prejudice.

DATED: March 12, 2019

Respectfully submitted,

 /s/ *Mike Rodenbaugh*
Michael L. Rodenbaugh
California Bar No. 179059
RODENBAUGH LAW
548 Market Street, Box No. 55819
San Francisco, CA 94104
(415) 738-8087

# CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court.

By: /s/ *Marie Richmond*
Marie Richmond
RODENBAUGH LAW
584 Market Street
Box 55819
San Francisco, CA 94014
Tel/fax: (415) 738-8087